AO 455 (Rev. 1/09) Waver of an Indictment

# UNITED STATES DISTRICT COURT

for the

__Southern__ **DISTRICT OF** __Texas__

United States of America )
v. )
 )
 )
ASHOK JAIN, M.D. )
 )
 )
 )

Case No: **4:22-cr-271**

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: /_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*